Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorney for Plaintiff*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE WILLOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; DANIEL A. RICHARD, an individual,<br><br>Defendants. | Case No. 2:17-CV-00324-GMN-PAL<br><br>**STIPULATION AND ORDER RE: POSTING SECURITY FOR COSTS** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant SFR Investments Pool 1, LLC ("SFR"), by and through their counsel of record, request the entry of an order authorizing Chase to deposit security for costs. On May 23, 2017, SFR filed and served a "Demand for Security of Costs Pursuant to NRS 18.130(1)." (ECF No. 14). Accordingly, pursuant to NRS 18.130(1), the parties stipulate to an order permitting Chase to deposit a check for $500.00 with the Clerk of the Court.

The parties further stipulate that, pursuant to NRS 18.130, SFR shall answer or otherwise respond to the Complaint within ten (10) days of notice that the funds

DMWEST #16538178 v3

have been deposited with the Court.

Dated: June 9, 2017

BALLARD SPAHR LLP

By: /s/ Lindsay Demaree
Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Counsel for JPMorgan Chase Bank, N.A.*

Dated: June 9, 2017

LEACH JOHNSON SONG & GRUCHOW

By: /s/ Chase Pittsenbarger
Sean L. Anderson
Nevada Bar No. 7259
T. Chase Pittsenbarger
Nevada Bar No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
*Counsel for The Willows' Homeowners' Association*

Dated: June 9, 2017

KIM GILBERT EBRON

By: /s/ Diana Cline Ebron
Diana Cline Ebron
Nevada Bar No. 10580
Jackie A. Gilbert
Nevada Bar No. 10593
Karen Hanks
Nevada Bar No. 9578
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89014

*Counsel for SFR Investments Pool 1, LLC*

## ORDER

**IT IS HEREBY ORDERED** that the Motion for Demand for Security of Costs, (ECF No. 14), is **GRANTED** pursuant to the forgoing.

_____
U.S. DISTRICT COURT JUDGE
DATED this  18  day of June, 2017.

2

## CERTIFICATE OF SERVICE

I certify that on June 9, 2017, and pursuant to FRCP 5, a true copy of the foregoing STIPULATION AND ORDER RE: POSTING SECURITY FOR COSTS was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

/s/ Mary Kay Carlton
An employee of BALLARD SPAHR LLP