Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorney for Plaintiff*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE WILLOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; DANIEL A. RICHARD, an individual,<br><br>Defendants. | Case No. 2:17-CV-00324-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANT WILLOWS HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS** |

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant The Willows Homeowners' Association (the "HOA") (collectively, the "Parties"), through their counsel of record, stipulate as follows:

1. On February 2, 2017, Chase filed its complaint in this action ("Complaint"), naming the HOA as a necessary party.

2. On June 6, 2017, the HOA filed a motion to dismiss Chase's Complaint.

3. Chase's opposition and reply briefing ("Reply Brief") in response to the HOA's motion to dismiss was due on June 20, 2017.

DMWEST #16780452 v1

4. The Parties hereby stipulate that Chase will have through July 21, 2017 to file its Opposition Brief.

5. The HOA shall have through August 4, 2017 to file any Reply to Chase's Opposition.

6. This is the Parties' first request to extend time for this brief.

7. The Parties agreed to this extension to accommodate the schedules of counsel and to offset necessary delays in briefing related to this Motion.

8. The request is made in good faith and is not intended to prejudice or cause delay.

[*Remainder of Page Intentionally Left Blank*]

DMWEST #16780452 v1

Dated: July 6, 2017.

Respectfully submitted,
BALLARD SPAHR LLP    LEACH JOHNSON SONG & GRUCHOW

By: /s/ Justin A. Shiroff    By: /s/ T. Chase Pittsenbarger
Abran E. Vigil, Esq. (#7548)    Sean L. Anderson (#7259)
Justin A. Shiroff, Esq. (#12869)    T. Chase Pittsenbarger (#13740)
100 N. City Parkway, Suite 1750    8945 W. Russell Road, Suite 330
Las Vegas, NV 89106    Las Vegas, NV 89148
(702) 471-7000    (702) 538-9074

*Attorneys for Plaintiff Wells Fargo Bank, N.A.*    *Attorney for Defendant The Willows Homeowners' Association*

### ORDER

Based on the above stipulation between Chase and Defendant HOA and good cause appearing therefore,

IT IS ORDERED that Chase will have until July 21, 2017 to file its opposition and response to the HOA's motion to dismiss.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 10 day of July, 2017.

3

DMWEST #16780452 v1