Abran E. Vigil
Nevada Bar No. 7548
Justin A. Shiroff
Nevada Bar No. 12869
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
shiroffj@ballardspahr.com

*Attorney for Plaintiff*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE WILLOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; DANIEL A. RICHARD, an individual,<br><br>Defendants. | Case No. 2:17-CV-00324-GMN-PAL<br><br>**STIPULATION TO ALLOW JPMORGAN CHASE BANK, N.A. TO FILE A LATE OPPOSITION TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS JPMORGAN CHASE BANK, N.A.'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(7) [ECF NO. 22]**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; DANIEL A. RICHARD, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

DMWEST #16964729 v1

Plaintiff JPMorgan Chase Bank, N.A. ("Chase") and Defendant SFR Investments Pool 1, LLC ("SFR") (collectively, the "Parties"), through their counsel of record, hereby stipulate to allow Chase to file a late opposition to SFR's Motion to Dismiss JPMorgan Chase Bank, N.A.'s Complaint Pursuant to F.R.C.P. 12(b)(7) [ECF No. 22, filed June 23, 2017] ("SFR's Motion"), as follows:

1. On February 2, 2017, Chase filed its complaint in this action ("Complaint"), naming The Willows Homeowners' Association (the "HOA") as a necessary party [ECF No. 1].

2. On June 6, 2017, the HOA filed a motion to dismiss Chase's Complaint [ECF No. 16] (the "HOA's Motion").

3. Counsel for Chase entered into negotiations with counsel for the HOA regarding a potential stipulated resolution to the HOA's Motion.

4. During the pendency of these negotiations, on June 23, 2017, SFR filed a related Motion to Dismiss JPMorgan Chase Bank, N.A.'s Complaint Pursuant to F.R.C.P. 12(b)(7) [ECF No. 22] ("SFR's Motion").

5. Oppositions to SFR's Motion were due on July 7, 2017.

6. Ultimately, Chase failed to reach a stipulated resolution to the HOA's Motion.

7. On July 6, 2017, Chase and the HOA entered into a Stipulation to extend Chase's time to oppose the HOA's Motion [ECF No. 26].

8. The Court granted the Stipulated Extension [ECF No. 27, Jul. 10, 2017] and Chase timely filed its Opposition to the HOA's Motion on July 21, 2017. [ECF No. 28].

9. Through an inadvertent mistake by Chase's undersigned counsel, Chase did not timely file an opposition to SFR's Motion in the alternative.

10. Upon discovering this unintentional omission, Chase's undersigned counsel immediately began taking steps to remedy the issue.

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617

11. Accordingly, the Parties hereby agree to allow Chase seven days from grant of this Stipulation to file its opposition.

12. SFR shall file any reply to Chase's opposition in the ordinary course.

13. This is the Parties' first request to extend time for this opposition.

14. There is no pending hearing date for SFR's Motion.

15. The Parties agree to this extension to facilitate a full consideration of the merits of the Motion and an opportunity for all parties to fully brief it.

The request is made in good faith and is not intended to prejudice or cause delay.

Dated: August 25, 2017                    Dated: August 25, 2017

BALLARD SPAHR LLP                         KIM GILBERT EBRON

By: /s/ Justin A. Shiroff                 By: /s/ Diana Cline Ebron
Abran E. Vigil                            Diana Cline Ebron
Nevada Bar No. 7548                       Nevada Bar No. 10580
Justin A. Shiroff                         Jackie A. Gilbert
Nevada Bar No. 12869                      Nevada Bar No. 10593
100 North City Parkway, Suite 1750        Karen Hanks
Las Vegas, Nevada 89106                   Nevada Bar No. 9578
                                          7625 Dean Martin Dr., Suite 110
*Counsel for JPMorgan Chase Bank, N.A.*   Las Vegas, Nevada 89014

                                          *Counsel for SFR Investments Pool 1, LLC*

## ORDER

IT IS SO ORDERED.

Signed this __30__ day of August, 2017.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, and pursuant to F.R.C.P. 5, a true copy of the foregoing **STIPULATION TO ALLOW JPMORGAN CHASE BANK, N.A. TO FILE A LATE OPPOSITION TO SFR INVESTMENTS POOL 1, LLC'S MOTION TO DISMISS JPMORGAN CHASE BANK, N.A.'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(7) [ECF NO. 22] (FIRST REQUEST)** was filed via the Court's CM/ECF System and electronically served by the Court on all parties in interest.

/s/ Sarah Walton
An Employee of Ballard Spahr LLP

Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617