Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Dr. Suite 900
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE WILLOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; DANIEL A. RICHARD, an individual,<br><br>Defendants. | Case No. 2:17-CV-00324-GMN-PAL<br><br>**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTIONS DEADLINE AND ALLOW FOR LATE DEPOSITION**<br><br>(Third Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; DANIEL A. RICHARD, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Pursuant to LR IA 6-1, LR 26-4 and Fed. R. Civ. P. Rule 29, Plaintiff/Counter-Defendant/Cross-Defendant JPMORGAN CHASE BANK N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR INVESTMENTS POOL 1, LLC. ("SFR"), and Defendant THE WILLOWS HOMEOWNERS' ASSOCIATION (the "Willows"), (collectively, the "Parties"), by and through their respective counsel of record, stipulate and request that this Court extend the dispositive motion deadline in the above-captioned case as well as authorize a limited extension of time to permit the Parties to complete discovery and take the deposition of the Willow's designee after the discovery cutoff date of March 5, 2018. The Willow's designee has been ill and will not be available until after discovery in this matter has closed. The Parties agree that permitting the deposition to occur after the close of discovery is the most reasonable way to complete the deposition, including providing the Willow's designated witness sufficient time to recuperate and prepare for the deposition.

The dispositive motions deadline is presently set for April 5, 2018 [ECF No. 53]. The Parties propose a limited two (2) week extension of time to allow the Parties to take the deposition of the Willow's designee. The proposed dispositive motions deadline is April 19, 2018.

This is the Parties' third request for an extension to the scheduling order deadlines, which were submitted in compliance with LR 26-1. The Parties make this request in good faith and not for purposes of delay.

A. <u>Discovery Completed to Date</u>

Discovery is complete, with the exception of the deposition of the Willow's designated witness.

To date, Chase has served the following discovery: initial disclosures; initial expert disclosure; requests for production to SFR; interrogatories to SFR; notice of Rule 30(b)(6) deposition of SFR; requests for production to Willows; interrogatories to Willows; notice of Rule 30(b)(6) deposition of Willows; subpoena to produce documents on non-party Absolute Collection Services, LLC; and subpoena to testify

DMWEST #17515876 v2

at a deposition on non-party Absolute Collection Services, LLC. Chase has also responded to SFR's and Willows' requests for production, requests for admission, and interrogatories to Chase.

To date, SFR has served the following discovery: initial disclosures; requests for production to Chase; interrogatories to Chase; requests for admission to Chase; and notice of Rule 30(b)(6) deposition of Chase. SFR has also responded to Chase's requests for production and interrogatories to SFR.

To date Willows has served the following discovery: requests for production to Chase; interrogatories to Chase; and requests for admission to Chase. The Willows has also responded to Chase's Requests for Production and Interrogatories to Willows.

### B. Specific Description of Discovery that Remains to be Completed

Discovery is complete, with the exception of the deposition of the Willow's designated witness.

### C. Good Cause Exists for the Requested Extension

A limited-purpose extension of the discovery deadlines is merited under LR 26-4. The Parties have been diligently prosecuting this case. All discovery is complete except for the deposition of the Willow's designated witness. The Parties are only requesting extensions of the dispositive motion deadline and seek authorization from the Court to allow the Parties to take the deposition of the Willow's designee outside of the discovery deadline. The Parties ask the Court to extend the dispositive motions deadline by two (2) weeks and seek this extension in good faith.

### D. Proposed Discovery Deadlines

The parties request an order extending the deadline to file dispositive motions by two (2) weeks.

3

| Event | Current Deadline[1] | New Deadline |
|---|---|---|
| Close of Discovery | March 5, 2018 | |
| Dispositive Motions | April 5, 2018 | April 19, 2018 |
| Pre-Trial Order | May 2, 2018 | |

(*Remainder of Page Intentionally Left Blank*)

---

[1] *See* Scheduling Order, ECF No. 53.

DMWEST #17515876 v2

This extension is reasonable and necessary given the good cause set forth above and is not done for the purposes of delay.

**IT IS SO STIPULATED.**

Dated: March 5, 2018

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| By: */s/ Kyle A. Ewing*<br>   Joel E. Tasca, Esq.<br>   Nevada Bar. No. 14124<br>   Maria A. Gall, Esq.<br>   Nevada Bar No. 14200<br>   Lindsay C. Demaree, Esq.<br>   Nevada Bar No. 11949<br>   Kyle A. Ewing, Esq.<br>   Nevada Bar. No. 14051<br>   1980 Festival Plaza Dr. Suite 900<br>   Las Vegas, Nevada 89106<br><br>*Attorneys for JPMorgan Chase Bank, N.A.* | By:*/s/ Diana S. Ebron*<br>   Diana S. Ebron, Esq.<br>   Nevada Bar. No. 10580<br>   Jacqueline A. Gilbert, Esq.<br>   Nevada Bar. No. 10593<br>   Karen L. Hanks, Esq.<br>   Nevada Bar. No. 9578<br>   7625 Dean Martin Drive, Suite 110<br>   Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By:*/s/ T. Chase Pittsenbarger*
   Sean L. Anderson, Esq.
   Nevada Bar. No. 7259
   T. Chase Pittsenbarger, Esq.
   Nevada Bar. No. 13740
   8945 W. Russell Road, Suite 330
   Las Vegas, Nevada 89148

*Attorneys for Defendant The Willows' Homeowners Association*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2018

5