Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Dr. Suite 900
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE WILLOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; DANIEL A. RICHARD, an individual,<br><br>Defendants. | Case No. 2:17-CV-00324-GMN-PAL<br><br>**STIPULATION AND ORDER TO STAY ENTIRE CASE PENDING SETTLEMENT**<br><br>(First Request) |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; DANIEL A. RICHARD, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

DMWEST #17540474 v1

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant The Willows Homeowners' Association ("The Willows"), through their respective attorneys, stipulate as follows:

1. On December 18, 2017, the Court entered an order extending the discovery deadlines, which set the deadline to complete discovery for March 5, 2018 and the deadline to file dispositive motions for April 5, 2018. *See* ECF No. 53.

2. On March 7, 2017, the Court entered an order extending the dispositive motion deadline to April 19, 2018 to allow the parties to take the deposition of The Willows' Rule 30(b)(6) designee outside the time to complete discovery. *See* ECF No. 55.

3. The Parties have since come to an agreement and are in the process of finalizing settlement.

4. Given the resolution and to avoid wasting resources and incurring potentially unnecessary expense associated with discovery, the Parties agree, and hereby request, a stay of the case to give each side sufficient time and resources to finalize settlement.

*[continued on the following page]*

2

DMWEST #17540474 v1

5. The Parties make this stipulation in good faith and not for purposes of delay.

Dated: March 12, 2018

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| By: /s/ Maria A. Gall | By: /s/ Diana S. Ebron |
| Joel E. Tasca, Esq.<br>Nevada Bar. No. 14124<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar. No. 14051<br>1980 Festival Plaza Dr. Suite 900<br>Las Vegas, Nevada 89106 | Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jackie A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By: /s/ T. Chase Pittsenbarger

Sean L. Anderson, Esq.
Nevada Bar. No. 7259
T. Chase Pittsenbarger, Esq.
Nevada Bar. No. 13740
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148

*Attorneys for Defendant The Willows' Homeowners Association*

## ORDER

**IT IS HEREBY ORDERED** that the parties' stipulation to stay the entire case is **GRANTED**. **IT IS FURTHER ORDERED** that all pending motions are **DISMISSED** without prejudice, to be refiled within thirty (30) days of lifting of the stay. **IT IS FURTHER ORDERED** that the parties shall file joint status reports every sixty (60) days during the stay of this case, the first joint status report due no later than May 15, 2018. If a stipulation for dismissal is filed, no joint status report will be required.

**IT IS SO ORDERED.**

DATED this 20 day of March, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

DMWEST #17540474 v1