Joel E. Tasca, Esq.
Nevada Bar No. 14124
Maria A. Gall, Esq.
Nevada Bar No. 14200
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Kyle A. Ewing, Esq.
Nevada Bar No. 14051
BALLARD SPAHR LLP
1980 Festival Plaza Dr. Suite 900
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
gallm@ballardspahr.com
demareel@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; THE WILLOWS HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; DANIEL A. RICHARD, an individual,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; DANIEL A. RICHARD, an individual,<br><br>Counter-Defendant/Cross-Defendants. | Case No. 2:17-CV-00324-GMN-PAL<br><br>**STIPULATION AND ORDER TO 1) DISMISS CLAIMS BETWEEN JPMORGAN CHASE BANK, N.A., WILLOWS HOMEOWNERS' ASSOCIATION, AND SFR INVESTMENTS POOL 1, LLC WITH PREJUDICE; AND 2) LIFT STAY ENTERED MARCH 20, 2018** |

DMWEST #17862669 v1

Pursuant to Local Rules LR IA 6-2 and LR 26-4, Plaintiff/Counter-Defendant JPMorgan Chase Bank, N.A. ("Chase"), Defendant/Counterclaimant/Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Defendant The Willows Homeowners' Association ("The Willows"), through their respective attorneys, stipulate as follows:

1. This action concerns title to real property commonly known as 701 Taliput Palm Place in Henderson, Nevada ("Property") following a homeowner's association foreclosure sale conducted on May 14, 2013, with respect to the Property.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20071130-0001688 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. The Parties to this Stipulation have settled and agreed to release their respective claims, and further agreed that the claims between them, including the Complaint and Counterclaim, shall be DISMISSED with prejudice.

4. This Stipulation in no way affects SFR's Cross-claim against Daniel A. Richard (the "former unit owner").

5. The Parties further stipulate and agree that the $500 in security costs posted by Chase on June 23, 2017 pursuant to this Court's Order [ECF No. 19] shall be discharged and released to the Ballard Spahr LLP Trust Account.

6. The Parties further stipulate and agree that the three Lis Pendens recorded against the Property in the Official Records of Clark County, Nevada, as Instruments Number 20131206-0000049 and 20170331-0002804, 20170807-0001658 be, and the same hereby are, EXPUNGED.

7. The Parties further stipulate and agree that a copy of this Stipulation and Order may be recorded with the Clark County Recorder.

8. The Parties further agree to lift the stay entered March 20, 2018 [ECF No. 57];

///

2

9. This case shall remain open until such time as SFR resolves its pending cross-claim against the former unit owner; and

10. Each party in this case number 2:17-CV-00324-GMN-PAL shall bear its own attorneys' fees and costs.

Dated: October 15, 2018

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| By:/s/ Kyle E. Ewing<br>Joel E. Tasca, Esq.<br>Nevada Bar. No. 14124<br>Maria A. Gall, Esq.<br>Nevada Bar No. 14200<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Kyle A. Ewing, Esq.<br>Nevada Bar. No. 14051<br>1980 Festival Plaza Dr. Suite 900<br>Las Vegas, Nevada 89106 | By:/s/ Jacqueline A. Gilbert<br>Diana S. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014 |
| *Attorneys for JPMorgan Chase Bank, N.A.* | *Attorneys for SFR Investments Pool 1, LLC* |

LEACH JOHNSON SONG & GRUCHOW

By:/s/ T. Chase Pittsenbarger
    Sean L. Anderson, Esq.
    Nevada Bar. No. 7259
    T. Chase Pittsenbarger, Esq.
    Nevada Bar. No. 13740
    8945 W. Russell Road, Suite 330
    Las Vegas, Nevada 89148

*Attorneys for Defendant The Willows' Homeowners Association*

## ORDER

**IT IS SO ORDERED:**

DATED this 16 day of October, 2018.

                                      Gloria M. Navarro, Chief Judge
                                      UNITED STATES DISTRICT COURT

DMWEST #17862669 v1