**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JPMORGAN CHASE BANK, N.A., )
)
               Plaintiff, )    Case No.: 2:17-cv-00324-GMN-BNW
   vs. )
)     **ORDER**
SFR INVESTMENTS POOL 1, LLC, *et al.*, )
)
              Defendants. )

      Pending before the Court is the Report and Recommendation of United States Magistrate Judge Brenda Weksler, (ECF No. 68), which recommends granting Cross-Claimant SFR Investment Pool 1, LLC's Motion for Entry of Default Judgment, (ECF No. 67), against Cross-Defendant Daniel Richard.

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      Here, no objections were filed, and the deadline to do so has passed. (*See* Min. Order, ECF No. 68) (setting a deadline of January 21, 2020, for objections)

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 68), is **ADOPTED** in full.

**IT IS FURTHER ORDERED** that SFR Investment Pool 1, LLC's Motion for Entry of Default Judgment (ECF No. 67), is **GRANTED.**

The Clerk is instructed to enter judgment accordingly and close the case.

**DATED** this __23__ day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court